## Commonwealth *v.* Burton, Appellant.

Submitted March 23, 1971. *R. Barclay Surrick*, Assistant Public Defender, for appellant; *Vram Nedurian, Jr.*, and *Ralph B. D'Iorio*, Assistant District Attorneys, for Commonwealth, appellee.

OPINION PER CURIAM: The order of the court below is vacated and the record remanded for a hearing on the issues raised by the original or an amended post-conviction petition.

## Commonwealth *v.* Butler, Appellant.

Submitted March 8, 1971. *Stanton D. Levenson* and *Levenson & Snyder*, for appellant; *Jerome T. Foerster*, Assistant District Attorney, and *LeRoy S. Zimmerman*, District Attorney, for Commonwealth, appellee.

Order affirmed.